UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYANT KERN # 351043,

    Plaintiff,

File No. 1:12-CV-147

v.

HON. ROBERT HOLMES BELL

PRISON HEALTH SERVICES, INC.
and ROBERT M. CROMPTON,

    Defendants.
    _____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 19, 2013, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Defendants' motion for summary judgment (Dkt. No. 19) be granted and that judgment be entered in Defendants' favor on all of Plaintiff's claims. (Dkt. No. 31.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the February 19, 2013, R&R (Dkt. No. 31) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 19) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint (Dkt. No. 1) is **DISMISSED**.


Dated: March 14, 2013 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE